THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JIMMY SPENCER, a/k/a JAMES FORD, Defendant-Appellant.

(No. 59154;

First District (1st Division)—April 15, 1974.

Opinion by Mr. JUSTICE GOLDBERG.

James J. Doherty, Public Defender, of Chicago (John M. Kalnins and Thomas F. Finegan, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr. and Linda West Conley, Assistant State's Attorneys, of counsel), for the People.